EUGENE A. PERKINS, Plaintiff, *v.* GUARANTY TRUST COMPANY OF NEW YORK, Defendant, and IDONAH S. PERKINS, Respondent.

GUY H. RIEGEL, Appellant.

Argued April 11, 1938; decided April 12, 1938.

*George A. Ferris* for motion.

*Chauncey E. Treadwell* and *Guy Hughes Riegel*, in person, opposed.

Motion denied, with ten dollars costs.